Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAKEMYTRIP (INDIA) PVT. LTD., a Company organized under the laws of India,<br><br>Plaintiff,<br><br>v.<br><br>TATA SONS LTD., a Company organized under the laws of India; and ENOM, INC., a Washington corporation,<br><br>Defendants. | No. C09-1261-TSZ<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ENOM, INC. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff MakeMyTrip (India) Pvt. Ltd. hereby voluntarily dismisses without prejudice defendant eNom, Inc. eNom has filed neither an answer nor a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1).

DATED this 11th day of September, 2009.

K&L GATES LLP

By /s/ Daniel H. Royalty _____
  Gregory F. Wesner, WSBA # 30241
  Daniel H. Royalty, WSBA # 31504
Attorneys for Plaintiff
MakeMyTrip (India) Pvt. Ltd.

VOLUNTARY DISMISSAL OF ENOM - 1
Case No. C09-1261-TSZ

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022